UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN ANN HARRIS,<br><br>    Petitioner,<br><br>    v.<br><br>MOLLY HILL, Warden,<br><br>    Respondent. | No. 2:18-cv-0359 KJM AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2018, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 15. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 10, 2018, are adopted in full;

/////

1

2. Petitioner's motion to stay and abey this action under *Rhines v. Weber*, 544 U.S. 269 (2005), ECF No. 2, is granted;

3. Petitioner is directed to file in this court, within thirty days after the filing of the California Supreme Court's final order resolving petitioner's unexhausted claims, a motion to lift the stay and a motion to file an amended petition for writ of habeas corpus, together with a proposed First Amended Petition; and

4. The Clerk of the Court is directed to administratively close this case for the duration of the stay.

DATED: August 27, 2018.

_____
UNITED STATES DISTRICT JUDGE